PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:19CR00029-1 CDP

DOCKET NUMBER *(Rec. Court)*
3:24-30026-DWD

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

Christopher Scott
[redacted]
Fairview Heights, Illinois 62208

DISTRICT
Eastern District of Missouri

DIVISION
Eastern Division
St. Louis, MO

NAME OF SENTENCING JUDGE
The Honorable Catherine D. Perry
Senior United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | 1/11/2024 | 1/10/2026 |

OFFENSE

Escape from Custody

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Prosocial ties

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 15, 2024
*Date*

Catherine D Perry
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 19, 2024
*Effective Date*

*s/ David W. Dugan*
*United States District Judge*