**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in all criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.**

CLOSED

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CRIMINAL DOCKET FOR CASE #: 4:19−cr−00029−CDP−1

Case title: USA v. Scott

Date Filed: 01/10/2019

Date Terminated: 10/04/2019

---

Assigned to: District Judge Catherine D. Perry

**Defendant (1)**

**Christopher Scott**
*TERMINATED: 10/04/2019*

represented by

**Lucille G. Liggett**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: lucy_liggett@fd.org
*TERMINATED: 03/06/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Gov*

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER − St Louis
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: moe_ecfnote@fd.org
*TERMINATED: 03/11/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

*Bar Status: Gov*

**William Marsh , AFPD**
FEDERAL PUBLIC DEFENDER − St Louis
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: moe_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Gov*

| **Pending Counts** | **Disposition** |
|---|---|
| ESCAPE FROM CUSTODY (1r) | The defendant pleaded guilty to count one of the indictment on July 3, 2019. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 30 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of two years. The defendant shall pay to the United States a special assessment of $100, which shall be due immediately. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **J. Christian Goeke**
UNITED STATES ATTORNEYS OFFICE − St. Louis
111 S. Tenth Street

20th Floor
St. Louis, MO 63102
314−539−7646
Email: j.christian.goeke@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/10/2019 | 1 | | INDICTMENT returned in open court on 01/10/2019 to Judge Ronnie L. White by the Foreperson of the Grand Jury. Referred to Magistrate Judge David D. Noce as to Christopher Scott (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (DJO) (Entered: 01/11/2019) |
| 01/10/2019 | 2 | | REDACTED INDICTMENT returned in open court on 01/10/2019 to Judge Ronnie L. White by the Foreperson of the Grand Jury. Referred to Magistrate Judge David D. Noce as to Christopher Scott (1): Former count 1 is now count 1r.. (DJO) (Entered: 01/11/2019) |
| 01/10/2019 | 3 | | Order:...IT IS BY THE COURT ORDERED that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody or has given bail for the defendant's final appearance. Order as to Christopher Scott. Signed by District Judge Ronnie L. White on 01/10/2019. (DJO) (Entered: 01/11/2019) |
| 01/10/2019 | 4 | | ENTRY OF ATTORNEY APPEARANCE J. Christian Goeke appearing for USA. (DJO) (Entered: 01/11/2019) |
| 01/10/2019 | 5 | | MOTION for Pretrial Detention and Hearing by USA as to Christopher Scott. (DJO) (Entered: 01/11/2019) |
| 01/10/2019 | | | Warrant Issued as to Indictment in case as to Christopher Scott. (DJO) (Entered: 01/11/2019) |
| 01/11/2019 | 6 | | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401, including any case budgeting matters. (CSAW) (Entered: 01/11/2019) |
| 02/05/2019 | 7 | | MOTION To Recall Arrest Warrant by USA as to Christopher Scott. (MRC) (Entered: 02/05/2019) |
| 02/05/2019 | 8 | | ORDER RECALLING ARREST WARRANT − Upon motion of the United States (Doc. 7), because the arrest warrant issued on January 10, 2019, with the indictment in this case incorrectly stated that defendant was charged with being a felon in possession of a firearm, **IT IS HEREBY ORDERED** that the motion of the United States (Doc. 7) for the recall of the arrest warrant issued on January 10, 2019 is sustained. as to Christopher Scott Signed by Magistrate Judge David D. Noce on 2/5/2019. (MRC) (Entered: 02/05/2019) |
| 02/05/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Warrant Re−issued as to Indictment in case as to Christopher Scott. [Per Order Recalling Arrest Warrant doc. no. 8] (MRC) (Entered: 02/05/2019) |
| 02/05/2019 | 9 | | Warrant Returned Unexecuted as to Indictment in case as to Christopher Scott. WARRANT RECALLED (KKS) (Entered: 02/06/2019) |
| 02/05/2019 | | | Arrest of defendant Christopher Scott date of arrest: 2/5/2019 (CLO) (Entered: 02/19/2019) |
| 02/19/2019 | 10 | | Rule 5(c)(3) Documents Received as to Christopher Scott (CLO) (Entered: 02/19/2019) |
| 02/19/2019 | 11 | | CJA 23 Financial Affidavit by Christopher Scott (CLO) (Entered: 02/19/2019) |
| 02/26/2019 | 12 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before Magistrate Judge Patricia L. Cohen: Initial Appearance/Rule 5 as to Christopher Scott held on 2/26/2019. Christopher Scott (1) N/A. Defendant advised of rights and indicated an understanding of those rights. Attorney St. Louis Fed Public Defender for Christopher Scott added. Detention Hearing set for 3/1/2019 10:00 AM in Courtroom 9N before Magistrate Judge Patricia L. Cohen. Arraignment set for 3/11/2019 01:30 PM in Courtroom 17N before Magistrate Judge David D. Noce. (Interpreter name: N/A)(Probation/Pretrial Officer: N/A) (proceedings started: 1:36 pm) (proceedings ended: 1:39 pm)(FTR Gold Operator initials: E. Brown) (Defendant Location: Custody)(Attorney Appearance for USA: None Present.)(Attorney Appearance for Defense: Brocca Morrison.) (EAB) (Entered: 02/26/2019) |
| 02/26/2019 | 13 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Christopher Scott for initial appearance and all further proceedings in the case. Signed by Magistrate Judge Patricia L. Cohen on 2/26/19. (KKS) (Entered: 02/27/2019) |
| 02/26/2019 | 14 | | Rule 5 papers prepared by the judge as to Christopher Scott. (KKS) (Entered: 02/27/2019) |
| 02/26/2019 | 15 | | CJA 23 Financial Affidavit by Christopher Scott (KKS) (Entered: 02/27/2019) |
| 02/28/2019 | 17 | | Warrant Returned Executed as to Indictment on 2/26/19 in case as to Christopher Scott (JAB) (Entered: 02/28/2019) |
| 03/01/2019 | 18 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before Magistrate Judge Patricia L. Cohen:Detention Hearing as to Christopher Scott held on 3/1/2019. Defendant waives detention hearing and is ordered detained. Order to issue. (Interpreter name: N/A)(Probation/Pretrial Officer: N/A) (proceedings started: 10:12 am) (proceedings ended: 10:17 am)(FTR Gold Operator initials: E. Brown) (Defendant Location: Custody)(Attorney Appearance for USA: Chris Goeke.)(Attorney Appearance for Defense: Lucy Liggett.) (EAB) (Entered: 03/01/2019) |
| 03/01/2019 | 19 | | Waiver of Detention Hearing and Order of Detention as to Christopher Scott. Signed by Magistrate Judge Patricia L. Cohen on 3/1/2019. (CLO) (Entered: 03/01/2019) |
| 03/06/2019 | 20 | | Substitution of Attorney as to Christopher Scott William Marsh replacing Lucille G. Liggett. (Marsh, William) (Entered: 03/06/2019) |
| 03/06/2019 | 21 | | REQUEST for Discovery as to Christopher Scott (Marsh, William) (Entered: 03/06/2019) |
| 03/06/2019 | 22 | | Letter Regarding Discovery as to Christopher Scott (Goeke, J.) (Entered: 03/06/2019) |
| 03/11/2019 | 23 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for Arraignment proceedings held before Magistrate Judge David D. Noce as to Christopher Scott (1) Count 1r on 3/11/2019:: Parties present for arraignment. Defendant waives reading of indictment, plea |

| | | | |
|---|---|---|---|
| | | | of not guilty as to Christopher Scott (1) Count 1r. Oral motion for extension of time to file pretrial motions is granted. Order on pretrial motion to be issued. Criminal Pretrial Motion due by 5/1/2019. Evidentiary Hearing set for 5/15/2019 09:00 AM in Courtroom 17N before Magistrate Judge David D. Noce. (proceedings started: 1:31) (proceedings ended: 1:34)(FTR Gold Operator initials: K Stamm) (Defendant Location: CUSTODY)(Attorney Appearance for USA: J. Christian Goeke.)(Attorney Appearance for Defense: William T. Marsh.) (KKS) (Entered: 03/11/2019) |
| 03/11/2019 | 24 | | Oral Motion to Suppress by Christopher Scott. (KKS) (Entered: 03/11/2019) |
| 03/11/2019 | 25 | | Oral Motion by Government for Determination by Court of Admissibility of Arguably Suppressible Evidence by USA as to Christopher Scott. (KKS) (Entered: 03/11/2019) |
| 03/11/2019 | 26 | | ORDER CONCERNING PRETRIAL MOTIONS as to Christopher Scott. Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information not later than March 18, 2019. The parties shall respond to any such request for pretrial disclosure not later than March 25, 2019. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than May 1, 2019. Criminal Pretrial Motion due by 5/1/2019. Evidentiary hearing, if any, is set for Wednesday, May 15, 2019 at 9:00 a.m. Signed by Magistrate Judge David D. Noce on 3/11/19. (KKS) (Entered: 03/11/2019) |
| 03/11/2019 | 27 | | Letter Regarding Discovery as to Christopher Scott (Goeke, J.) (Entered: 03/11/2019) |
| 05/01/2019 | 28 | | WAIVER of Filing Pretrial Motions by Christopher Scott (Marsh, William) (Entered: 05/01/2019) |
| 05/02/2019 | 29 | | ORDER REGARDING PRETRIAL MOTION STATUS as to Christopher Scott: IT IS HEREBY ORDERED that the following motions are withdrawn: Docs. 24−25. All further proceedings will be before the District Judge. IT IS FURTHER ORDERED that at the direction of the District Judge, a jury trial is set for June 3, 2019 at 8:30 a.m. Case no longer referred to Magistrate Judge David D. Noce. Jury Trial set for 6/3/2019 08:30 AM before District Judge Catherine D. Perry. Signed by Magistrate Judge David D. Noce on 5/2/19. (JAB) (Entered: 05/02/2019) |
| 05/07/2019 | 30 | | First MOTION to Continue ; Trial Setting by Christopher Scott. (Marsh, William) (Entered: 05/07/2019) |
| 05/08/2019 | 31 | | ORDER TO CONTINUE (per 18:3161)− Ends of Justice as to Christopher Scott. IT IS HEREBY ORDERED that defendant Christopher Scott's motion for a continuance of his trial 30 is granted pursuant to 18 U.S.C. 3161(h)(7). This matter is removed from the June 3, 2019 trial docket. IT IS FURTHER ORDERED that the Jury Trial in this matter is reset to Monday, July 8, 2019 at 8:30 a.m. in Courtroom 14−South. Signed by District Judge Catherine D. Perry on 5/8/19. (EAB) (Entered: 05/08/2019) |
| 05/20/2019 | | | NOTICE: IF YOU HAVE ALREADY UPGRADED YOUR PACER ACCOUNT YOU CAN DISREGARD THIS NOTICE. IF YOU DO NOT UPGRADE YOU WILL NOT BE ABLE TO FILE IN THE SYSTEM AFTER MAY 31, 2019. PLEASE UPGRADE IMMEDIATELY. If you are using a shared account to file cases, you will need to create an individual account; instructions can be found at:https://www.moed.uscourts.gov/sites/moed/files/Register−for−New−PACER−account.pdf. If you already have an individual account, it will need to be upgraded; instructions can be found https://www.moed.uscourts.gov/sites/moed/files/Upgrade−Current−PACER−Account.pdf. If you need further assistance contact the MOED CM/ECF Help Desk at 314−244−7650 |

Case: 4:19-cr-00229-CDP Doc. #: 53 Filed: 03/19/24 Page: 6 of 17 PageID #: 65

| | | | |
|---|---|---|---|
| | | | or moedml_cmecf_help@moed.uscourts.gov (CSAW) (Entered: 05/20/2019) |
| 06/11/2019 | 32 | | ORDER as to Christopher Scott − IT IS HEREBY ORDERED that this case is set for jury trial on Monday, July 8, 2019 at 8:30 a.m. in Courtroom 14 South. IT IS FURTHER ORDERED that a final pretrial hearing will be held on Wednesday, July 3, 2019 at 1:30 p.m. in Courtroom 14−South. At that hearing the parties will be expected to discuss the length of the trial and any evidentiary or other issues that may arise during trial, and to make a record of any plea offers that may have been made by the government and rejected by defendant as discussed in Missouri v. Frye, 566 U.S. 133, 145−47 (2012). Signed by District Judge Catherine D. Perry on June 11, 2019. (MCB) (Entered: 06/11/2019) |
| 07/03/2019 | 33 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Catherine D. Perry: Change of Plea hearing as to Christopher Scott held on 7/3/2019. Defendant sworn. Age of Defendant: 33; Level of Education: GED. The Court finds the defendant competent to enter a plea of guilty. By leave of Court, defendant withdraws former plea of not guilty and enters a Plea of Guilty as to Count 1 of the indictment. Guilty Plea Agreement filed. Objections to Presentence Report due by 9/13/2019. Sentencing set for 10/4/2019 at 1:00 PM in Courtroom 14S before District Judge Catherine D. Perry. Defendant remanded to custody. (Interpreter name: N/A)(Probation/Pretrial Officer: N/A)(Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314−244−7987) (proceedings started: 1:52 pm) (proceedings ended: 2:10 pm)(Deputy Clerk: E. Brown) (Defendant Location: Custody)(Attorney Appearance for USA: J. Christian Goeke.)(Attorney Appearance for Defense: William Marsh.) (EAB) (Entered: 07/03/2019) |
| 07/03/2019 | 34 | | GUILTY PLEA AGREEMENT by USA, Christopher Scott as to Christopher Scott. (EAB) (Entered: 07/03/2019) |
| 07/03/2019 | 35 | | GUILTY PLEA AGREEMENT SUPPLEMENT as to Christopher Scott. (EAB) (Entered: 07/03/2019) |
| 07/03/2019 | 36 | | ORDER as to Christopher Scott. IT IS HEREBY ORDERED that the sentencing in this matter is set for Friday, October 4, 2019 at 1:00 p.m. in Courtroom 14−South. All Objections to the presentence report must be filed no later than September 13, 2019. If testimony is expected counsel must notify the court at least one week before sentencing. IT IS FURTHER ORDERED that the parties must file any sentencing memoranda no later than September 27, 2019 except that a response to a sentencing memorandum may be filed no later than October 1, 2019. Signed by District Judge Catherine D. Perry on 7/3/19. (EAB) (Entered: 07/03/2019) |
| 09/10/2019 | 38 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Christopher Scott (Goeke, J.) (Entered: 09/10/2019) |
| 09/10/2019 | 39 | | SENTENCING DOCUMENT by USA as to Christopher Scott (Goeke, J.) (Entered: 09/10/2019) |
| 09/24/2019 | 40 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by Christopher Scott (Marsh, William) (Entered: 09/24/2019) |
| 09/26/2019 | 41 | | MOTION for Leave to File Sealed Document *Sentencing Memorandum* by Christopher Scott. (Marsh, William) (Entered: 09/26/2019) |
| 09/26/2019 | 42 | | SENTENCING MEMORANDUM − SEALED by defendant Christopher Scott (Marsh, William) (Entered: 09/26/2019) |
| 09/27/2019 | 43 | | |

Case: 4:19-cr-00262-CDP Doc. #: 53 Filed: 03/19/24 Page: 7 of 17 PageID #: 166

| | | | |
|---|---|---|---|
| | | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Christopher Scott (Attachments: # 1 Letter)(GZT) (Entered: 09/27/2019) |
| 09/27/2019 | 45 | | Docket Text ORDER as to Christopher Scott Re: 41 MOTION for Leave to File Sealed Document *Sentencing Memorandum*; ORDERED GRANTED. Signed by District Judge Catherine D. Perry on 09/27/2019. (TMT) (Entered: 09/27/2019) |
| 10/01/2019 | 46 | | ORDER as to Christopher Scott: IT IS HEREBY ORDERED that the sentencing in this matter is RESET from 1:00 p.m. to 1:30 p.m. on Friday, October 4, 2019. in Courtroom 14−South. (Sentencing set for 10/4/2019 01:30 PM in Courtroom 14S before District Judge Catherine D. Perry.) Signed by District Judge Catherine D. Perry on 10/01/2019. (TMT) (Entered: 10/01/2019) |
| 10/04/2019 | 47 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Catherine D. Perry: Sentencing as to Christopher Scott held on 10/4/2019. Presentence report adopted/accepted by Court as findings of fact. Sentence imposed. See judgment. Certificate of Compliance with Local Rule 12.07(A) provided to defendants attorney. (Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314−244−7987) (proceedings started: 1:30pm) (proceedings ended: 1:50pm)(Deputy Clerk: K. Battle) (Defendant Location: CUSTODY)(Attorney Appearance for USA: J. Christian Goeke.)(Attorney Appearance for Defense: William Marsh.) (KCB) (Entered: 10/04/2019) |
| 10/04/2019 | 48 | | JUDGMENT as to Christopher Scott (1), Count(s) 1r, The defendant pleaded guilty to count one of the indictment on July 3, 2019. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 30 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of two years. The defendant shall pay to the United States a special assessment of $100, which shall be due immediately. Signed by District Judge Catherine D. Perry on 10/04/2019. (KCB) (Entered: 10/07/2019) |
| 10/04/2019 | 49 | | STATEMENT OF REASONS for Sentence as to defendant Christopher Scott. Signed by District Judge Catherine D. Perry on 10/04/2019. (KCB) (Entered: 10/07/2019) |
| 10/04/2019 | 50 | | NOTICE of Certification of Compliance with Local Rule 12.07 by Christopher Scott. (KCB) (Entered: 10/07/2019) |
| 03/19/2024 | 52 | | Supervised Release Jurisdiction Transferred to Southern District of Illinois as to Christopher Scott (KXS) (Entered: 03/19/2024) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

FILED
JAN 10 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| CHRISTOPHER SCOTT, | ) | **4:19CR00029 CDP/DDN** |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about November 26, 2018, in City of St. Louis, within the Eastern District of Missouri,

**CHRISTOPHER SCOTT,**

the Defendant herein, did knowingly escape from Dismas House of St. Louis, a facility to which he was lawfully confined by the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Southern District of Illinois upon the felony conviction in Cause No. 3:12 CR 30262-001, for the offense of Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

____________________________
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

____________________________
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney

AO 245B (Rev. 09/17)

Sheet 1- Judgment in a Criminal Case

# United States District Court

Eastern District of Missouri

UNITED STATES OF AMERICA

v.

Christopher Scott

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 4:19CR00029-1 CDP

USM Number: 09953-025

William T. Marsh
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s) one of the indictment on July 3, 2019.

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☐ was found guilty on count(s) ______ after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody | November 26, 2018 | One |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☐ Count(s) ______ dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 4, 2019
Date of Imposition of Judgment

[signature]
Signature of Judge

Catherine D. Perry
United States District Judge
Name & Title of Judge

October 4, 2019
Date signed

Record No.: 742

DEFENDANT: Christopher Scott
CASE NUMBER: 4:19CR00029-1 CDP
District: Eastern District of Missouri

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 30 months.

This sentence shall run concurrently with any sentence imposed in U.S. District Court, Southern District of Indiana, under Docket No. 1:19CR0054 TWP.

☒ The court makes the following recommendations to the Bureau of Prisons:

While in the custody of the Bureau of Prisons, it is recommended the defendant be evaluated for participation in the Residential Drug Abuse Program and mental health treatment. It is also recommended the defendant be evaluated for participation in an Occupational/Educational program, specifically, in business management. It is further recommended that the defendant be housed as close as possible to St. Louis, MO. Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ a.m./pm on ________________
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ________________
- ☐ as notified by the United States Marshal
- ☐ as notified by the Probation or Pretrial Services Office

MARSHALS RETURN MADE ON SEPARATE PAGE

DEFENDANT: Christopher Scott
CASE NUMBER: 4:19CR00029-1 CDP
District: Eastern District of Missouri

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of two years.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. (check if applicable)
7. ☐ You must participate in an approved program for domestic violence. (check if applicable)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: Christopher Scott
CASE NUMBER: 4:19CR00029-1 CDP
District: Eastern District of Missouri

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature ______________________ Date ______________

DEFENDANT: Christopher Scott
CASE NUMBER: 4:19CR00029-1 CDP
District: Eastern District of Missouri

# SPECIAL CONDITIONS OF SUPERVISION

As part of your supervision, you must comply with the following additional special conditions. If it is determined there are costs associated with any services provided, you shall pay those costs based on a co-payment fee established by the probation office:

You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

DEFENDANT: Christopher Scott
CASE NUMBER: 4:19CR00029-1 CDP
District: Eastern District of Missouri

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| Totals: | $100.00 | | | |

☐ The determination of restitution is deferred until ________. *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | | | |

☐ Restitution amount ordered pursuant to plea agreement ________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the. ☐ fine ☐ restitution.

☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Christopher Scott
CASE NUMBER: 4:19CR00029-1 CDP
District: Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $100 due immediately, balance due

☐ not later than ________, or

☒ in accordance with ☐ C, ☐ D, or ☐ E below; or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

C ☐ Payment in equal ________ (e.g., equal, weekly, monthly, quarterly) installments of ________ over a period of ________ e.g., months or years), to commence ________ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal ________ (e.g., equal, weekly, monthly, quarterly) installments of ________ over a period of ________ e.g., months or years), to commence ________ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ________ (e.g., 30 or 60 days) after Release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

**IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100, which shall be due immediately.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1 ) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5)fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: Christopher Scott
CASE NUMBER: 4:19CR00029-1 CDP
USM Number: 09953-025

# UNITED STATES MARSHAL
# RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

________________________________________

________________________________________

The Defendant was delivered on ________________ to ____________________________

at ______________________________, with a certified copy of this judgment.

________________________
UNITED STATES MARSHAL

By ________________________
Deputy U.S. Marshal

☐ The Defendant was released on ________________ to ________________ Probation

☐ The Defendant was released on ________________ to ________________ Supervised Release

☐ and a Fine of ________________ ☐ and Restitution in the amount of ________________

________________________
UNITED STATES MARSHAL

By ________________________
Deputy U.S. Marshal

I certify and Return that on ________________, I took custody of ________________________

at ________________________ and delivered same to ________________________

on ________________________ F.F.T. ________________________

U.S. MARSHAL E/MO

By DUSM ________________

| PROB 22 (Rev. 01/24) **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Tran. Court)* 4:19CR00029-1 CDP<br>DOCKET NUMBER *(Rec. Court)* 3:24-30026-DWD |
|---|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Christopher Scott<br>[redacted]<br>Fairview Heights, Illinois 62208 | DISTRICT<br>Eastern District of Missouri | | DIVISION<br>Eastern Division<br>St. Louis, MO |
| | NAME OF SENTENCING JUDGE<br>The Honorable Catherine D. Perry<br>Senior United States District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>1/11/2024 | TO<br>1/10/2026 |

OFFENSE

Escape from Custody

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Prosocial ties

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 15, 2024
*Date*

Catherine D Perry
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 19, 2024
*Effective Date*

*s/ David W. Dugan*
*United States District Judge*